STATE OF CONNECTICUT *v.* CHARLES ANDREWS

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 590 (AC 11703), is denied.

*John J. Bennett,* in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided March 25, 1994

STATE OF CONNECTICUT *v.* ALBERT ORTIZ

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 929 (AC 11966), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification.

*Joseph A. Hourihan,* in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided March 25, 1994

FIRST NATIONAL TRUST ASSOCIATION *v.* WILLIAM C. HITT ET AL.

Arthur M. Field's petition for certification for appeal from the Appellate Court (AC 12918) is dismissed.

*Arthur M. Field,* pro se, in support of the petition.

*Andrew J. McDonald,* in opposition.

Decided April 7, 1994